IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



DERRICK J. ELLERBE                  :        CIVIL ACTION
                                    :
v.                                  :
                                    :
THE UNITED STATES GOVERNMENT,       :        NO. 14-5041
et al.                              :

## ORDER

AND NOW, this 5th day of September, 2014, upon consideration of plaintiff Derick J. Ellerbe's motion to proceed *in forma pauperis*, "'Emergency' criminal complaint pursuant to R. Crim. P. & Rule 3," "Action for Declaratory Judgment Pursuant to 28 U.S.C.A. § 2201 Complaint," and "'Emergency Motion' for Preliminary Injunction Pursuant to Pa. R.C.P. 1531; and pursuant to Fed. R. Civ. P & Rule 65(b)(1)(A) and Rule 65(b)(3)," it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaints are DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Motion for a Preliminary Injunction is DENIED

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.

Copy to Legal